# EXHIBIT A



{03142325;v1 }