# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALINE EL-KHOURY | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:21-cv-5323 |
| v. | : | |
| | : | |
| FK INTERMEDIATE, LLC d/b/a | : | |
| FIREKING SECURITY GROUP | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____ 2022, it is hereby **ORDERED** that the Plaintiff's Motion to Enforce Subpoena is **GRANTED.** CVS Pharmacy shall provide any and all records in their possession, custody or control responsive to Plaintiff's subpoena, including any and all documents relating to or referencing: (1) the purchase, installation, and maintenance of the Safe which is installed in the CVS pharmacy located at 55 Park Avenue, Collegeville, Pennsylvania 19426 (the "Collegeville CVS"); (2) the construction and/or renovation projects performed at the Collegeville CVS in the last ten (10) years, including but not limited to the renovation that took place in 2017; and (3) the identities of the employees who were present at the Collegeville CVS on July 6, 2021, the date on which Plaintiff, Rosaline El-Khoury, suffered a work-related injury.

It is further **ORDERED and DECREED** that full and complete responses to Plaintiff's subpoena, with signed a Certificate of Authenticity, shall served to Hamburg Rubin Mullin Maxwell and Lupin PC, 375 Morris Road, P.O. Box 1479, Lansdale, PA within ten (10) days of the date of this Order.

It is further **ORDERED and DECREED** that failure to comply with this Order may result in sanctions, including monetary sanctions and/or contempt of Court, upon further application to the Court.

BY THE COURT:

_____

J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROSALINE EL-KHOURY | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:21-cv-5323 |
| v. | : | |
| | : | |
| FK INTERMEDIATE, LLC d/b/a | : | |
| FIREKING SECURITY GROUP | : | |
| | : | |

## NOTICE OF PRESENTATION

To:    CVS Pharmacy – Store #2688      CVS Health
        55 Park Avenue                    One CVS Drive
        Collegeville, PA 19426         Woonsocket, RI 02895
        19426

        Brendan F. Howton, Esquire
        Attorney for Defendant,
        FK Intermediate, LLC d/b/a FireKing Security Group
        P.O. Box 2903
        Hartford, CT 06104


     Please take notice that Plaintiff's Motion to Enforce the Subpoena will be presented to

the Court on (see date supplied by electronic filing response of Court) at _____ a.m./p.m. in

Courtroom _____.

                    HAMBURG, RUBIN, MULLIN,
                      MAXWELL & LUPIN


By: _____
           STEVEN B. BARRETT
           KEVIN M. McGRATH
           375 Morris Road, PO Box 1479
           Lansdale, PA 19446
           Attorneys for Plaintiff,
           Rosaline El-Khoury


Dated: <u>March 14, 2022</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALINE EL-KHOURY | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:21-cv-5323 |
| v. | : | |
| | : | |
| FK INTERMEDIATE, LLC d/b/a | : | |
| FIREKING SECURITY GROUP | : | |
| | : | |

### PLAINTIFF'S MOTION TO ENFORCE SUBPOENA

Plaintiff, Rosaline El-Khoury, by and through her counsel, Hamburg Rubin Mullin Maxwell Lupin PC, hereby file this Motion to Enforce Subpoena directed to CVS Pharmacy. In support thereof, Plaintiff avers as follows:

1.     Plaintiff initiated the instant action by filing a Complaint against Defendant, FK Intermediate, LLC d/b/a FireKing Security Group, on December 6, 2021.

2.     Plaintiff's Complaint alleges that she suffered personal injuries as a result of work-related incident on or about July 6, 2021 while working at the CVS pharmacy located at 55 Park Avenue, Collegeville, Pennsylvania 19426 (the "Collegeville CVS").

3.     The Complaint specifically alleges that a large metal safe, suddenly and without warning, shifted forward and fell onto Plaintiff, causing Plaintiff to fall backwards and violently strike her head on a shelf located behind her.

4.     On or about February 3, 2022, Plaintiff served a subpoena upon CVS Pharmacy by way of certified mail sent to the Collegeville CVS, with a copy to CVS Health Corporate Headquarters, pursuant to F.R.C.P. Rule 45 (the "CVS Subpoena").  A true and correct copy of the CVS Subpoena is attached hereto as Exhibit "A".

5. The Subpoena requests information and documents relating to the purchase, installation, and maintenance of the Safe, any renovation projects to the store over the last ten (10) years, and the identities of the employees working at CVS Store #2688 on July 6, 2021. *See* Exhibit "A".

6. Having received no response, Plaintiff's Counsel sent an email to Thomas Moriarty, Esquire, General Counsel for CVS Pharmacy, on March 1, 2022. A true and correct copy of Plaintiff's Counsel's March 1, 2022 email is attached hereto as Exhibit "B".

7. Mr. Moriarty did not respond.

8. Plaintiff's Counsel proceeded to send a follow-up letter to Collegeville CVS via certified mail on March 4, 2022 (the "Follow-Up Letter"). A true and correct copy of Plaintiff's Counsel's Follow-Up Letter is attached hereto as Exhibit "C".

9. A copy of the Follow-Up Letter was also sent to CVS Health Corporate Headquarters via certified mail that same day. *See* Exhibit "C".

10. The Follow-Up Letter was delivered and accepted by both the Collegeville CVS and CVS Health Corporate Headquarters, but CVS Pharmacy persisted in their refusal to respond.

11. Plaintiff's Counsel made one final attempt to contact CVS Pharmacy on March 9, 2022, but his email to Mr. Moriarty was once again ignored. *See* Exhibit "B".

12. To date, Plaintiff has not received a response to Subpoena.

13. Upon information and belief, CVS Pharmacy possesses relevant information about the installation and maintenance of the safe at issue, which is critical to Plaintiff's case.

14. CVS Pharmacy's failure to provide responsive documentation to the properly issued Subpoena has prejudiced Plaintiff and her ability to prepare her case.

15.     In light CVS Pharmacy's failure and/or refusal to respond to the Subpoena, Plaintiff has been forced to the instant Motion to Enforce.

16.     Pursuant to F.R.C.P. Rule 45(d)(2) the Court may issue appropriate sanctions for a party's failure to comply with subpoena.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her Motion to Enforce the Subpoena and enter the Proposed Order filed herewith.

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN


By: _____
STEVEN B. BARRETT
KEVIN M. McGRATH
375 Morris Road, PO Box 1479
Lansdale, PA 19446
Attorneys for Plaintiff,
Rosaline El-Khoury


Dated: March 14, 2022

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROSALINE EL-KHOURY | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:21-cv-5323 |
| v. | : | |
| | : | |
| FK INTERMEDIATE, LLC d/b/a | : | |
| FIREKING SECURITY GROUP | : | |
| | : | |

## CERTIFICATE OF GOOD FAITH

       The undersigned counsel for moving party hereby certifies and attests that he has had the contact described below with the parties regarding discovery matters contained in the foregoing discovery motion to resolve specific discovery disputes at issue and despite all of counsel's good faith attempts to resolve this dispute, counsel has been unable to do so.

       **DESCRIPTION:** Counsel for Plaintiff issued and served a Subpoena on CVS Pharmacy on February 3, 2022.  Despite numerous follow-up letters and correspondence, no responsive documentation has been received.

                          HAMBURG, RUBIN, MULLIN,
                            MAXWELL & LUPIN

By:                                       
                     STEVEN B. BARRETT
                     KEVIN M. McGRATH
                     375 Morris Road, PO Box 1479
                     Lansdale, PA 19446
                     Attorneys for Plaintiff,
                     Rosaline El-Khoury

Dated: <u>March 14, 2022</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROSALINE EL-KHOURY | : | CIVIL ACTION |
| | : | |
| | : | NO.: 2:21-cv-5323 |
| v. | : | |
| | : | |
| FK INTERMEDIATE, LLC d/b/a | : | |
| FIREKING SECURITY GROUP | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Kevin M. McGrath, Esquire, do hereby certify that Plaintiff's Motion to Enforce Subpoena has been submitted electronically and is available for viewing and downloading from the PACER Electronic Filing System; otherwise service will be made by way of first class mail, postage pre-paid, on the following:

CVS Pharmacy – Store #2688        CVS Health
55 Park Avenue        One CVS Drive
Collegeville, PA  19426        Woonsocket, RI  02895

Brendan F. Howton, Esquire
Attorney for Defendant
FK Intermediate, LLC d/b/a FireKing Security Group
P.O. Box 2903
Hartford, CT  06104

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: _____
STEVEN B. BARRETT
KEVIN M. McGRATH
375 Morris Road, PO Box 1479
Lansdale, PA 19446
Attorneys for Plaintiff,
Rosaline El-Khoury

Dated:  March 14, 2022

{03283498;v3 }

**EXHIBIT A**



## HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN, PC
### ATTORNEYS AT LAW



CELEBRATING *50* YEARS

32293-000

www.HRMML.com
Lawyers@HRMML.com

J. Edmund Mullin
Steven H. Lupin
Douglas I Zeiders
Carl N. Weiner
Jonathan Samel, LL.M.
Merle R. Ochrach
Mark F. Himsworth
Steven A. Hann
Steven B. Barrett
Christen G. Pionzio
Joseph J. McGrory, Jr.
Ethan R. O'Shea
Bernadette A. Kearney
Paul G. Mullin
John J. Iannozzi
William G, Roark
Lisa A. Shearman LL.M.
Nathan M. Murawsky
Timothy P. Briggs
Steven J. English
Michael A. Luongo
Noah Marlier
Danielle M. Yacono
Kevin M. McGrath
John F. McCaul
Edward M. Flitter
Stephen V. Anella

OF COUNSEL:
John C. Rafferty, Jr.

LANSDALE
ACTS Center — Blue Bell
375 Morris Road
Post Office Box 1479
Lansdale, PA 19446-0773
Phone 215.661.0400
Fax 215.661.0315

HARRISBURG
Phone 717.943.1790
Fax 717.943.1792

February 3, 2022

VIA CERTIFIED MAIL

CVS Pharmacy
Store #2688
55 Park Avenue
Collegeville, PA 19426

**Re:** Rosaline El-Khoury v. FK Intermediate, LLC d/b/a Fireking Security Group
USDC, EDPA, Civil Action No. 20:21-CV-5323

Dear Sir/Madam:

Enclosed is a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action regarding the above-captioned matter. Please produce all of the requested records within twenty (20) days, or by Wednesday, February 23, 2022 at 10:00 a.m. If the records are produced prior to the date listed on the subpoena, you do not need to appear in our office on that date.

If possible, please provide the records electronically via email to kmcgrath@hrmml.com. If you are unable to produce the records electronically, kindly forward the hard copies to my office. If you require a reasonable fee to cover the cost of producing hard copies, please email an invoice to kmcgrath@hrmml.com with a copy to jalbertson@hrmml.com including your tax identification.

If you have any questions regarding this request, kindly contact me at your earliest convenience. Thank you for your time and attention to this matter.

Very truly yours,

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: KEVIN M. McGRATH

KMM: jaa
Enclosure

cc: CVS Health, One CVS Drive, Woonsocket, RI 02895 (via First Class Mail)
Brendan F. Howton, Esquire (via email)

{03255374;v1 }

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Rosaline El-Khoury | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 20:21-CV-5323 |
| FK Intermediate, LLC d/b/a Fireking | ) | |
| Security Group | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    CVS Pharmacy, Store #2688

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    See Exhibits "A" and "B"

| Place: Hamburg, Rubin, Mullin, Maxwell & Lupin PC<br>375 Morris Road<br>Lansdale, PA 19446 | Date and Time:<br>February 23, 2022 at 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| CLERK OF COURT | OR | |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Kevin M. McGrath, Esq.
375 Morris Rd, Lansdale, PA 19446 _____ , who issues or requests this subpoena, are:
KMcGrath@hrmml.com (215) 661-0400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT "A"

Any and all documents related to or referencing the safe depicted in Exhibit "B" (the "Safe"), which is installed in the CVS pharmacy located at 55 Park Avenue, Collegeville, Pennsylvania 19426 (the "Collegeville CVS"). The scope of this requests includes, but is in no way limited to, documents concerning the purchase, installation, and maintenance of the Safe, including documents identifying, referencing or generated by any third parties hired to install or maintain (including the securing and/or bolting) the Safe.

Any and all documents concerning construction and/or renovation projects performed at the Collegeville CVS in in the last ten (10) years, including but not limited to the renovation that took place in 2017, which included the installation of a consultation room.

Any and all documents containing the identities of all employees who were present at the Collegeville CVS on July 6, 2021, the date on which Plaintiff, Rosaline El-Khoury, suffered a work-related injury.

**EXHIBIT "B"**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CVS Pharmacy
Store # 2688
55 Park Avenue
Collegeville PA 19426

9590 9402 5795 0034 7798 84

2. Article Number (Transfer from service label)

7019 2970 0001 0246 3032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
2-5-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ 5.05
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $

Postage
$ 0.73

Total Postage and Fees
$ 7.53

Sent To
CVS Pharmacy Store # 2688

Street and Apt. No., or PO Box No.
55 Park Avenue

City, State, ZIP+4®
Collegeville PA 19426

Postmark Here
FEB -3 2022

7019 2970 0001 0246 3032

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**    Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
Kevin M. McGrath, Esq.
Hamburg, Rubin, Mullin, Maxwell & Lupin, PC
375 Morris Road
P.O. Box 1479
Lansdale, PA 19446-0773

To:
CVS Health
One CVS Drive
Woonsocket, RI 02895

FEB -3 2022

US POSTAGE ＞PITNEY BOWES
$ 001.65°
ZIP 19446
02 7H
0001302350    FEB 03 2022

PS Form 3817, April 2007 PSN 7530-02-000-9065

32293·000    El-Khatib

**EXHIBIT B**

# Judith Albertson

| | |
|---|---|
| **From:** | Kevin McGrath |
| **Sent:** | Wednesday, March 9, 2022 4:20 PM |
| **To:** | Thomas.moriarty@cvshealth.com |
| **Cc:** | Judith Albertson |
| **Subject:** | RE: Rosaline El-Khoury v. FK Intermediate, USDC, EDPA, No. 20:21-CV-5323 |
| **Importance:** | High |

Mr. Moriarty,

I am following up on Ms. Albertson's email from last week, as this is a very time-sensitive matter. Please advise. Thank you.

Kevin M. McGrath, Esquire
Hamburg, Rubin, Mullin, Maxwell & Lupin, P.C.
215.661.0400; Fax 215.661.0315
KMcGrath@HRMML.com
www.HRMML.com

---

**From:** Judith Albertson <JAlbertson@hrmml.com>
**Sent:** Tuesday, March 1, 2022 9:24 AM
**To:** Thomas.moriarty@cvshealth.com
**Cc:** Kevin McGrath <KMcgrath@hrmml.com>
**Subject:** Rosaline El-Khoury v. FK Intermediate, USDC, EDPA, No. 20:21-CV-5323

Dear Mr. Moriarty,

On February 3, 2022, our office sent out the attached correspondence and Subpoena via Certified Mail to the Collegeville CVS, Store #2688, with a copy to your Woonsocket, RI headquarters regarding the above-captioned matter. To date, we have not received an acknowledgement or response to our subpoena. Would you please acknowledge receipt of the subpoena and offer some guidance as to when we can expect a response? Thank you,



Judie Albertson, Legal Assistant to
Michael A. Luongo, Esquire and
Kevin M. McGrath, Esquire
Hamburg, Rubin, Mullin, Maxwell & Lupin, PC
375 Morris Road, PO Box 1479
Lansdale, PA 19446-0773
215.661.0400; Fax 215.661.0315
JAlbertson@HRMML.com; HRMML.com
*HRMM&L * Celebrating 50 Years ***

🍃 Please consider the environment before printing this e-mail

*The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. Please call us immediately at 215-661-0400 if this is received in error.*

1

**EXHIBIT C**



HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN, PC
ATTORNEYS AT LAW



www.HRMML.com
Lawyers@HRMML.com

J. Edmund Mullin
Steven H. Lupin
Douglas I Zeiders
Carl N. Weiner
Jonathan Samel, LL.M.
Merle R. Ochrach
Mark F. Himsworth
Steven A. Hann
Steven B. Barrett
Christen G. Pionzio
Joseph J. McGrory, Jr.
Ethan R. O'Shea
Bernadette A. Kearney
Paul G. Mullin
John J. Iannozzi
William G. Roark
Andrew P. Grau, LL.M.
Susan E. Piette
Lisa A. Shearman, LL.M.
Nathan M. Murawsky
Mark C. Sesso
Timothy P. Briggs
Steven J. English
Michael A. Luongo
Noah Marlier
Danielle M. Yacono
Kevin M. McGrath
John F. McCaul
Edward M. Flitter
Stephen V. Anella

OF COUNSEL:
John C. Rafferty, Jr.

LANSDALE
ACTS Center – Blue Bell
375 Morris Road
Post Office Box 1479
Lansdale, PA 19446-0773
Phone 215-661-0400
Fax 215-661-0315

LIMERICK
HARRISBURG

32293-000

March 4, 2022

**Via Certified Mail/Return Receipt Requested: 7019 2970 0001 0246 2998**
CVS Pharmacy
Store #2688
55 Park Avenue
Collegeville, PA 19426

**Re:**   Rosaline El-Khoury v. FK Intermediate, LLC d/b/a Fireking Security Group
          USDC, EDPA, Civil Action No. 20:21-CV-5323

Dear Sir/Madam:

By certified letter dated February 3, 2022, you received a Subpoena to Produce Documents or Things for discovery directing you to produce the records identified therein. *See enclosed.* Both my letter and the accompanying subpoena requested that all responsive records be produced within twenty (20) days, or by February 23, 2022.

It is now more than a month later, and I have yet to hear from you. Before taking any legal action to enforce the subpoena, I wanted to provide you an opportunity to comply. Please provide me copies of the requested records by March 14, 2022. If possible, please provide the records electronically via email to kmcgrath@hrmml.com. If you are unable to produce the records electronically, kindly forward the hard copies to my office. If you require a reasonable fee to cover the cost of producing hard copies, please email an invoice to kmcgrath@hrmml.com with a copy to jalbertson@hrmml.com including your tax identification number and a check will be sent to you.

Thank you in advance for your anticipated cooperation.

Very truly yours,

HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: _____
       KEVIN M. McGRATH

KMM: jaa
Enclosure
cc:   CVS Health, One CVS Drive, Woonsocket, RI 02895
      (via CM/RRR 7019 2970 0001 0246 2981)

{03278722;v1 }



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CVS Health
One CVS Drive
Woonsocket RI 02895

9590 9402 5795 0034 7798 39

2. Article Number *(Transfer from service label)*

7019 2970 0001 0246 2961

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X COVID-19                    □ Agent
                              □ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   03/07/22

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
                              □ Priority Mail Express®
                              □ Registered Mail™
                              □ Registered Mail Restricted Delivery
                              □ Return Receipt for Merchandise
                              □ Signature Confirmation™
                              □ Signature Confirmation Restricted Delivery

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** kmm
*Domestic Mail Only*                              3293

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee   $ 3.75

Extra Services & Fees *(check box, add fee as appropriate)*
□ Return Receipt *(hardcopy)*        $ 3.85
□ Return Receipt *(electronic)*      $
□ Certified Mail Restricted Delivery $
□ Adult Signature Required           $
□ Adult Signature Restricted Delivery $

Postage  $ 0.73

Total Postage and Fees  $ 7.53

Sent To  CVS Health
Street and Apt. No., or PO Box No.  One CVS Drive
City, State, ZIP+4®  Woonsocket RI 02895

7019 2970 0001 0246 2961

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CVS Pharmacy
Store # 2688
55 Park Avenue
Collegeville PA 19426

9590 9402 5795 0034 7796 62

2. Article Number *(Transfer from service label)*

7019 2970 0001 0246 2998

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                             □ Agent
                              □ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   3-7-22

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
                              □ Priority Mail Express®
                              □ Registered Mail™
                              □ Registered Mail Restricted Delivery
                              □ Return Receipt for Merchandise
                              □ Signature Confirmation™
                              □ Signature Confirmation Restricted Delivery

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** kmm
*Domestic Mail Only*                              3293

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee   $ 3.75

Extra Services & Fees *(check box, add fee as appropriate)*
□ Return Receipt *(hardcopy)*        $ 3.85
□ Return Receipt *(electronic)*      $
□ Certified Mail Restricted Delivery $
□ Adult Signature Required           $
□ Adult Signature Restricted Delivery $

Postage  $ 0.73

Total Postage and Fees  $ 5.53

Sent To  CVS Pharmacy   Store # 2688
Street and Apt. No., or PO Box No.  55 Park Avenue
City, State, ZIP+4®  Collegeville PA 19426

7019 2970 0001 0246 2998

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions