# EXHIBIT B

{02666746;v1 }



**Philadelphia**
1615 West Chester Pike, Suite 105
West Chester, PA 19382
Phone: 610-627-9100
Fax: 610-627-9717

New Jersey     Pennsylvania     West Virginia

Direct Dial: (484) 468-1216
e-mail: npullella@cml-law.net
www.cml-law.net

April 19, 2022

kmcgrath@hrmml.com
Kevin McGrath, Esq.
Hamburg, Rubin, Mullin, Maxwell, & Lupin, PC
375 Morris Rd.
Lansdale, PA 19446

    RE: Rosaline El-Khoury v. CVS
    Date of Loss: 07/06/2021
    Claim Number: 4A21079CDG5-0001
    Our File Number: 03221-00266

Dear Mr. McGrath,

  I represent CVS Pharmacy in the above captioned Workers' Compensation matter. I am responding to your subpoena on behalf of CVS. Enclosed please find all non-privileged records from the file of Rosaline El-Khoury in response to your subpoena.

  Please contact me if you have any questions or concerns.

        Very truly yours,

        */s/ Nicole L. Pullella*

        Nicole L. Pullella

NLP/rrs

{03307337;v1 }