IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSALINE EL-KHOURY, | Civil Action No. 2:21-CV-5323-CMR |
| Plaintiff, | Judge:   Honorable Cynthia M. Ruff |
| v. | |
| FK INTERMEDIATE, LLC d/b/a FIREKING SECURITY GROUP, | |
| Defendant. | |

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

The parties hereto, by their respective undersigned counsel, hereby agree to that the above-captioned action shall be Dismissed Without Prejudice pursuant to F.R.C.P. 41.

| | |
|---|---|
| HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN | LAW OFFICE OF WILLIAM J. FERREN & ASSOCIATES |
| BY/s/ *Steven B. Barrett* | BY: /s/ *Brendan M. Howton* |
| STEVEN B. BARRETT, ESQ. Attorney for Plaintiff Rosaline El-Khoury | Brendan M. Howton, ESQ. Attorney for Defendant FK Intermediate, LLC d/b/a Fireking Security Group |
| Date: September 8, 2022 | Date:  September 6, 2022 |

{03399779;v1 }